IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>case no. 05-1146 / | No. C-05-0969 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

The following case has been consolidated for all further proceedings with In re Textainer Partnership Securities Litigation, C-05-0969 MMC: Gordon v. Textainer Financial Services Corp., C-05-1146 MMC.

As all ongoing matters are being filed in case no. C-05-0969 MMC, there appears to be no reason at this time to maintain the Gordon action as an open file for statistical purposes. Accordingly, said case is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of that action, and, should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order has not been entered.

**IT IS SO ORDERED.**

Dated: August 5, 2005

_____
MAXINE M. CHESNEY
United States District Judge