Nicholas E. Chimicles
James R. Malone, Jr. (PA Bar No. 41885)
(A Member of the Bar of this Court)
Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500 (telephone)
610-649-3633 (fax)
Email:jamesmalone@chimicles.com

Francis M. Gregorek (Bar. No 144785)
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ, LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, California 92101
619-239-4599 (telephone)
619-234-4599 (fax)

ATTORNEYS FOR PLAINTIFF ALAN P. GORDON
 (Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C 05-00969 MMC |
| | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER DISMISSING CASE NO. C-05-1146 ONLY |
| This Document Relates To: | |
| No. C 05-1146  MMC (Gordon) | |

Notice of Voluntary Dismissal, Master File No. C 05-00969 MMC.

1

1     PLEASE TAKE NOTICE that, pursuant to Rule 41(a) of the Federal Rules of Civil
2 Procedure, plaintiff, Alan P. Gordon, hereby dismisses this action (No. 05-1146) without
3 prejudice.  Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Court approval of this
4 dismissal is not required, as this is not a voluntary dismissal of the claims of a certified class.  *See*
5 Fed. R. Civ. P. 23(e)(1)(A); *see also* Fed. R. Civ. P. advisory committee's note (2003)("The new
6 rule requires approval only if the claims, issues or defenses of a certified class are resolved by a
7 settlement, voluntary dismissal, or compromise.").

Dated: October 6, 2005      CHIMICLES & TIKELLIS LLP

By: /s/ *James R. Malone, Jr.*
Nicholas E. Chimicles
James R. Malone, Jr. (PA Bar No. 41885)
(A Member of the Bar of this Court)
Joseph G. Sauder
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500 (telephone)
610-649-3633 (fax)
jamesmalone@chimicles.com

WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLP
Francis M. Gregorek (Bar No. 144785)
Symphony Towers
750 B Street, Suite 2770
San Diego, California 92101
619-239-4599 (telephone)
619-234-4599 (fax)
gregorek@whafh.com

WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLP
Lawrence P. Kolker
270 Madison Avenue
New York, New York 10016
212-545-4600

and

Notice of Voluntary Dismissal, Master File No. C 05-00969 MMC.

2

|   |   |
|---|---|
| 1 | LABATON RUDOFF & SUCHAROW LLP |
| 2 | Lawrence A. Sucharow |
| 3 | Beth Hoffman |
|   | 100 Park Avenue |
| 4 | New York, New York 10017 |
|   | 212-907-0700 |
| 5 |   |
| 6 | GLANCY BINKOW & GOLDBERG LLP |
|   | Susan G. Kupfer (Bar No. 141724) |
| 7 | 455 Market Street, Suite 1810 |
|   | San Francisco CA 94105 |
| 8 | 415-972-8160 (telephone) |
|   | 415-972-8166 (fax) |
| 9 | skupfer@glancylaw.com |
| 10 |   |
|   | GLANCY BINKOW & GOLDBERG LLP |
| 11 | Lionel Z. Glancy (Bar No. 134180) |
|   | Michael Goldberg (Bar No. 188669) |
| 12 | 1801 Avenue of the Stars, Suite 311 |
| 13 | Los Angeles, CA 90067 |
|   | 310-201-9150 (telephone) |
| 14 | 310-201-9160 (fax) |
| 15 |   |
|   | Attorneys for Plaintiff Alan P. Gordon |
| 16 |   |
| 17 |   |
| 18 | Dated: October 11, 2005 |

IT IS SO ORDERED

*Maxine M. Chesney*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Voluntary Dismissal, Master File No. C 05-00969 MMC.

3